IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES P. ERLANDSON, Individually and**
**on behalf of all others similarly situated,**

**Plaintiff,**

v.

**CONOCOPHILLIPS COMPANY and**
**BURLINGTON RESOURCES INC.,**

**Defendant.**                                                                             **No.09-99-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Substitute Documents in Exhibit 2 to Memorandum in Support of Motion for Class Certification (Doc. 35) filed by Plaintiff. Plaintiff requests that Doc. 34-6 and 34-7 to Exhibit 2 be stricken from the record as the documents inadvertently included information personally identifying certain class members.  Plaintiff further requests that he be allowed to substitute such exhibits with Exhibits 1 and 2 attached to his motion (Doc. 35).  Based on the reasons in the motion, the Court **GRANTS** Plaintiff's Motion to Substitute (Doc. 35). The Court hereby **STRIKES** Doc. 34-6 and Doc. 34-7, and **ORDERS** that Exhibits 1 and 2 from Plaintiff's Motion to Substitute be placed in their stead.

      **IT IS SO ORDERED.**  Signed this 2nd day of December, 2009.

      /s/   David R Herndon
      **Chief Judge**
      **United States District Court**