IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES P. ERLANDSON, individually
and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**CONOCOPHILLIPS COMPANY
and BURLINGTON RESOURCES, INC.,**

**Defendants.**                                                                  **No. 09-99-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion to Supplement the Record (Doc. 37). Plaintiff requests to supplement his memorandum in support of class certification (Doc. 34) with an affidavit declaration to provide the Court with the proper number of potential class members.[1] Based on the reasons in the motion, the Court **GRANTS** Plaintiff's motion to supplement the record (Doc. 37). Plaintiff is **DIRECTED** to file his counsel's declaration as a *supplemental authority* to his memorandum (Doc. 34). *See* **S.D. IL. LOCAL RULE 7.1(c).**

IT IS SO ORDERED.
Signed this 30th day of December, 2009.

/s/  *David R Herndon*
**Chief Judge
United States District Court**

---

[1] Plaintiff's memorandum in support states that there are at least 162 class members which Plaintiff determined from the Defendants' productions (Doc. 34, Ex. 8). However, upon recalculating, Plaintiff informs the Court that there are at least 161 class members not 162 as previously stated. Plaintiff wishes to supplement the record in order to correct this error in amount of class members.