**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JAMES P. ERLANDSON, individually**
**and on behalf of all others**
**similarly situated,**

       **Plaintiff,**

    **-vs-**

**CONOCOPHILLIPS CO., and**
**BURLINGTON RESOURCES, INC.,**

      **Defendants.**            **NO. 09-CV-99-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 30, 2011, judgment is entered in favor of defendants, **CONOCOPHILLIPS COMPANY and BURLINGTON RESOURCES, INC.,** and against the Plaintiff, **JAMES P. ERLANDSON, individually and on behalf of all others similarly situated,** and this case is **DISMISSED**  with prejudice.

           **NANCY J. ROSENSTENGEL,**
           **CLERK OF COURT**

           **BY:** _____/s/*Sandy Pannier*_____
                   **Deputy Clerk**

Dated: January 3, 2012

               David R. Herndon
               2012.01.03
               08:53:45 -06'00'

APPROVED:
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**